| | | |
|---|---|---|
| **SUSAN LAFAYE, LISA PICONE and** | * | **CIVIL ACTION NO. 20-00041** |
| **INEZ VICTORIAN** | * | |
| | * | **SECTION "E"** |
| **VERSUS** | * | **JUDGE MORGAN** |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | **MAG. DIV. (3)** |
| | * | **MAGISTRATE JUDGE DOUGLAS** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## EXPARTE MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, comes Defendant, the City of New Orleans, who certifies that Defendant has not requested any previous extension of time to plead and that Petitioners have not filed in the record an objection to an extension of time. Thus, pursuant to Eastern District of Louisiana, Local Rule 7.8, Defendant respectfully requests an additional twenty-one (21) days of time from January 30, 2020, to file responsive pleadings in the captioned matter.

Respectfully submitted:

*/s/ Corwin St. Raymond*
**CORWIN ST. RAYMOND (LSBA #31330)**
Deputy City Attorney
Email: cmstraymond@nola.gov
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Sr. Chief Deputy City Attorney
Email: donesia.turner@nola.gov
**SUNNI J. LEBEOUF (LSBA #28633***)*
CITY ATTORNEY
Email: sunni.lebeouf@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:  (504) 658-9868
*Counsel for the City of New Orleans*