UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUSAN LAFAYE, ET AL.,** <br>     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-41** |
| **THE CITY OF NEW ORLEANS,** <br>     **Defendant** | **SECTION: "E" (3)** |

# ORDER

Before the Court is Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.[1]

On August 18, 2020, the Court granted Plaintiffs leave to file an amended complaint "addressing, fully and completely, all arguments raised in the Defendant's motion to dismiss."[2] Plaintiffs filed the First Supplemental and Amending Complaint on September 3, 2020.[3]

Accordingly;

**IT IS ORDERED** that the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction is **DENIED WITHOUT PREJUDICE**.

**New Orleans, Louisiana, this 14th day of September, 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 21.
[2] R. Doc. 36.
[3] R. Doc. 37.