UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUSAN LAFAYE, LISA PICONE and INEZ VICTORIAN** | * * * | **CIVIL ACTION NO. 20-00041** |
| | * | **SECTION: "E"** |
| **VERSUS** | * * | **JUDGE MORGAN** |
| **THE CITY OF NEW ORLEANS** | * * * | **MAG. DIV. (3)** **MAGISTRATE JUDGE DOUGLAS** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)**

Defendant, the City of New Orleans, respectfully moves this Honorable Court for a Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) of the Court's March 9, 2021 ruling. Rec. Doc. 48. This Court found that Plaintiffs stated a takings claim because they are seeking a return of fines collected by the City after a state court judgment found a traffic camera ordinance was null and ordered the return of money collected under the invalid ordinance. *See id*. at 20; *Lafaye et al. v. City of New Orleans*, 20-cv-41, 2021 WL 886118, at *10 (E.D. La. Mar. 9, 2021). As more fully described in the accompanying memorandum in support, (1) the Court's March 9, 2021 ruling involves a controlling question of law as to which there is substantial ground for difference of opinion and (2) an immediate appeal from this Court's March 9, 2021 ruling may materially advance the ultimate termination of this litigation.

**WHEREFORE**, the City of New Orleans prays that this Honorable Court certify its March 9, 2021 ruling as appealable pursuant to 28 U.S.C. § 1292(b).

[Signature block on next page]

**CORWIN ST. RAYMOND (#31330)**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL (#25694)**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER (#23338)**
SR. CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF (#28633)**
CITY ATTORNEY
1300 Perdido Street
City Hall-Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile:  (504) 658-9868
E-mail: cmstraymond@nola.gov
          chhansell@nola.gov
          donesia.turner@nola.gov
          sunni.lebeouf@nola.gov

*/s/ James M. Garner*
**JAMES M. GARNER (#19589) T.A.**
**DEBRA J. FISCHMAN (#5578)**
**STUART D. KOTTLE (#37194)**
SHER GARNER CAHILL RICHTER
  KLEIN & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
E-mail: jgarner@shergarner.com
          dfischman@shergarner.com
          skottle@shergarner.com

**IKE SPEARS (#17811)**
SPEARS & SPEARS
909 POYDRAS STREET, SUITE 1825
NEW ORLEANS, LA 70112
Telephone No: (504) 593-9500
Telecopier No: (504)523-7766
E-mail: ike@spearslaw.com

*Attorneys for City of New Orleans*