MINUTE ENTRY
MORGAN, J.
March 24, 2021

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN LAFAYE, ET AL.,<br>     Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 20-41 |
| THE CITY OF NEW ORLEANS,<br>     Defendant | SECTION: "E" (3) |

## MINUTE ENTRY

A telephone scheduling conference was held on March 24, 2021, at 2:00 p.m., in the chambers of Judge Susie Morgan.

   Present:   Joseph McMahon and Anthony Maska, counsel for Plaintiffs, Susan Lafaye, Lisa Picone, and Inez Victoriana;

   Debra Fischman and Stuart Kottle, counsel for Defendant, the City of New Orleans.

The parties discussed the status of the case. Plaintiffs informed the Court they oppose the City's Certificate of Appealability for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. 1292(B).[1]

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Class Certification[2] is **DENIED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 24th day of March, 2021.

   _____
   **SUSIE MORGAN**
   **UNITED STATES DISTRICT JUDGE**

JS10 (0:12)

---

[1] R. Doc. 52.
[2] R. Doc. 13.