UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUSAN LAFAYE, ET AL.,** <br>    **Plaintiffs** | **CIVIL DOCKET** |
| **VERSUS** | **NO. 20-41** |
| **THE CITY OF NEW ORLEANS,** <br>    **Defendant** | **SECTION: "E" (2)** |

### JUDGMENT

Considering the Court's Order dated March 10, 2023;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment entered in favor of Defendant, the City of New Orleans, and against Plaintiffs Susan Lafaye, et al., on all claims.

**New Orleans, Louisiana, this 10th day of March, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 93.